# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1376

_____

Leonard Fungasha

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: July 22, 2013
Filed: August 2, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Leonard Fungasha, a citizen of Tanzania, petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's decision that Fungasha was ineligible for adjustment of status. After careful review, we find no basis for reversal. See Hashmi v. Mukasey, 533 F.3d 700, 703-04 (8th Cir. 2008)

(standard of review).  Accordingly, we deny the petition for review.  <u>See</u> 8th Cir. R. 47B.

_____